UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 24-05814-MWF (AGRx)      **Date:** July 17, 2025

**Title:** Denmix I, LLC v. Amtrust International Underwriters, Ltd.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**      ORDER TO SHOW CAUSE

The purpose of this Order to Show Cause is to determine whether Defendant Amtrust International Underwriters, DAC ("Amtrust") has abandoned its defense of this action.

On June 26, 2025, the Court issued an Order denying Amtrust's Motion to Strike (the "MTS"). (Docket No. 59). The MTS was brought pursuant to Rule 12(f). (*See* Docket No. 46 at 1). Under Federal Rule of Civil Procedure 12(a)(4), "if the court denies [a Rule 12] motion . . . the responsive pleading must be served within 14 days after notice of the court's action[.]" Therefore, the deadline to file a responsive pleading was on July 10, 2025.

As of the date of this Order, Amtrust has not filed an Answer to the Second Amended Complaint.

Amtrust is **ORDERED** to file an Answer with the Court on or before **July 25, 2025**.

If Amtrust chooses not to file an Answer on or before **July 25, 2025**, the Court will treat Amtrust's failure to file an Answer as an abandonment of its case; Plaintiffs will be invited to file a request for default with the Clerk, followed by a motion for default judgment with this Court.

IT IS SO ORDERED.